# EXHIBIT 1

| Copyright Summary | | | |
|---|---|---|---|
| **Image** | **Filename** | **Registration #** | **Registration Date** |
| | CFB-1 | VA0002427245 | January 13, 2025 |
| | CFB-2 | VA0002427245 | January 13, 2025 |

| | | CFB-3 | VA0002427245 | January 13, 2025 |
|---|---|---|---|---|
| | | CFB-4 | VA0002427245 | January 13, 2025 |

| | CFB-Video-1 | PAu004248050 | *January 13, 2025* |
|---|---|---|---|

| | SPILLED COFFEE BOOKMARK | VA0002419301 | August 28, 2024 |
|---|---|---|---|

| | SPILLED COFFEE BOOKMARK (Supplementary registration to VA0002419301, 2024) | VA0002431588 | *December 31, 2024* |
|---|---|---|---|

Case: 1:25-cv-11934 Document #: 5-1 Filed: 09/30/25 Page 7 of 10 PageID #:943

# Certificates

## VA0002427245



**Certificate of Registration**

This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*
United States Register of Copyrights and Director

Registration Number
**VA 2-427-245**
Effective Date of Registration: January 13, 2025
Registration Decision Date: January 13, 2025

**Copyright Registration for a Group of Published Photographs**
Registration issued pursuant to 37 C.F.R. § 202.4(i)
For Photographs Published: March 01, 2024 to March 01, 2024

**Title**

- Title of Group: Cafe Bonney 2024
- Number of Photographs in Group: 4
- Individual Photographs: CFB-1, CFB-2, CFB-3, CFB-4
- Published: March 2024

**Completion/Publication**

- Year of Completion: 2024
- Earliest Publication Date in Group: March 01, 2024
- Latest Publication Date in Group: March 01, 2024
- Nation of First Publication: United States

**Author**

- Author: Bonney Ruan
- Author Created: photographs
- Work made for hire: No
- Citizen of: United States

**Copyright Claimant**

- Copyright Claimant: Bonney Ruan
  2 Marina Blvd, B200, San Francisco, CA, 94123, United States

Page 1 of 2

# PAu004248050

## Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.



United States Register of Copyrights and Director

**Registration Number**
**PAu 4-248-050**
Effective Date of Registration:
January 13, 2025
Registration Decision Date:
January 13, 2025

---

### Title
Title of Work: CFB-Video-1

### Completion/Publication
Year of Completion: 2024

### Author
- Author: Bonney Ruan
- Author Created: entire motion picture
- Work made for hire: Yes
- Citizen of: United States

### Copyright Claimant
Copyright Claimant: Bonney Ruan
2 Marina Blvd, B200, San Francisco, CA, 94123, United States

### Rights and Permissions
Name: Bonney Ruan
Address: 2 Marina Blvd, B200
San Francisco, CA 94123 United States

### Certification
Name: Shreya Tiwari
Date: January 13, 2025

Page 1 of 2

# VA0002419301

## Certificate of Registration

This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*
United States Register of Copyrights and Director

**Registration Number**
**VA 2-419-301**
**Effective Date of Registration:**
August 28, 2024
**Registration Decision Date:**
October 25, 2024

### Title

**Title of Work:** Spilled Coffee Bookmark

### Completion/Publication

**Year of Completion:** 2024
**Date of 1st Publication:** March 26, 2024
**Nation of 1st Publication:** United States

### Author

- **Author:** Bonney Ruan
  **Author Created:** sculpture
  **Citizen of:** United States
  **Domiciled in:** United States

### Copyright Claimant

**Copyright Claimant:** Bonnie Ruan
2 Marina Blvd, B200, San Francisco, CA 94123

### Rights and Permissions

**Organization Name:** Cambridge and Co. PLLC
**Name:** Ahmad El-Bkaily
**Email:** ahmad@cambridgeandco-lp.com
**Telephone:** (734)674-4279
**Address:** 4114 Winterset Ln
West Bloomfield, MI 48323 United States

### Certification

Page 1 of 2

VA0002431588

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.



United States Register of Copyrights and Director

**Registration Number**

**VA 2-431-588**

**Effective Date of Registration:**
December 31, 2024
**Registration Decision Date:**
February 06, 2025

## Supplementary Registration

Supplement To: VA0002419301, 2024

## Title

Title of Work: Spilled Coffee Bookmark

## Completion/Publication

Year of Completion: 2024
Date of 1st Publication: March 26, 2024
Nation of 1st Publication: United States

## Author

- Author: Bonney Ruan
  Author Created: sculpture
  Citizen of: United States
  Domiciled in: United States

## Copyright Claimant

Copyright Claimant: Bonney Ruan
2 Marina Blvd, B200, San Francisco, CA, 94123, United States

## Rights and Permissions

Organization Name: Cambridge and Co. PLLC
Name: Ahmad El-Bkaily
Email: ahmad@cambridgeandco-lp.com
Telephone: (734)674-4279
Address: 4114 Winterset Ln
West Bloomfield, MI 48323 United States