# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| JOHN DOE,<br><br>   Plaintiff,<br><br>v.<br><br>THE PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A,"<br><br>   Defendants. | Case No. 25-cv-11934<br><br>Judge Virginia M. Kendall<br><br>Magistrate Judge Daniel P. McLaughlin |

## PLAINTIFF'S MOTION FOR LEAVE TO SERVE ELECTRONICALLY PURSUANT TO FED. R. CIV. P. 4(f)(3)

Plaintiff seeks the Court's authorization to effectuate service of process, as well as service of other pleadings, by electronic publication and e-mail in this action. A Memorandum of Law in Support of this Motion is filed herewith.

Dated: October 1, 2025

Respectfully submitted,

/s/Brandon Beymer
Brandon Beymer (ARDC No. 6332454)
Daliah Saper (ARDC No. 6283932)
Saper Law Offices, LLC
505 N. LaSalle, Suite 350
Chicago, Illinois 60654
(312) 527-4100
brandon@saperlaw.com
ds@saperlaw.com
Attorneys for Plaintiff